

# Fourth Court of Appeals
## San Antonio, Texas

January 7, 2019

No. 04-18-00273-CR

Mark Henry **BENAVIDES,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR7193
Honorable Dick Alcala, Judge Presiding

# O R D E R

After this court granted appellant three prior extensions of time to file his brief, appellant's brief was due December 19, 2018. No brief was filed. However, on December 27, 2018, appellant filed the brief and a "motion for leave to file an untimely brief." In the motion, counsel states that "[a] hard drive failure caused a loss of the then latest draft of the brief together with many of the notes made in its preparation." The loss required appellant to reconstruct the final brief without benefit of his notes. Thus, he asks that we grant the motion and accept appellant's brief for filing. After review, we GRANT appellant's motion for leave and ORDER appellant's brief filed in this court.

We order the clerk of this court to serve a copy of this order on all counsel.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court